# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ESULATION, LLC**                                            **PLAINTIFF/COUNTER-DEFENANT**

**VS.**                                            **CIVIL ACTION NO. 1:17-CV-192-LG-RHW**

**MCGUCKIN & PYLE, INC.**                          **DEFENDANT/COUNTER-PLAINTIFF**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

There came on for consideration this day a joint motion *ore tenus* to dismiss this civil action with prejudice, and counsel for both parties have informed the Court that these parties have amicably resolved all claims between them on mutually agreeable terms that include dismissal of this action with prejudice. These parties are expressly dismissing and releasing all claims made by them herein, and all others that could have been made by them in this lawsuit, as confirmed by their counsel whose signatures appear below. Accordingly, it is,

ORDERED and ADJUDGED that this civil action is hereby fully and finally dismissed with prejudice, with each of these parties to bear their own costs.

SO ORDERED AND ADJUDGED this the 25th day of June, 2018.

                                                                              s/ *Louis Guirola, Jr.*
                                                                              United States District Judge

APPROVED AND AGREED:

*/s/ Thomas S. Schneidau*                                           */s/ W. Edward Hatten, Jr.*
Thomas S. Schneidau, Esq. (Bar No. 33359)        W. Edward Hatten, Jr., Esq. (Bar No. 8859)
*Counsel for Esulation-Admitted Pro Hac Vice*       *Counsel for McGuckin & Pyle, Inc.*


*/s/ Richard E. Santora*                                           */s/ William Symmes*
Richard E. Santora, Esq.(Bar No. 6466)               William Symmes (Bar No. 100002)
*Counsel for Esulation-Resident Attorney*              *Counsel for McGuckin & Pyle, Inc.*